Karen Luong (SBN 246809)
karen.luong@huschblackwell.com
HUSCH BLACKWELL LLP
355 South Grand, Suite 2850
Los Angeles, CA 90071
213.337.6550 Telephone
213.337.6551 Fax

Dustin L. Taylor (*pro hac vice* forthcoming)
dustin.taylor@huschblackwell.com
HUSCH BLACKWELL LLP
1801 Wewatta Street, Suite 1000
Denver, CO 80202
303.749.7200 Telephone
303.749.7272 Facsimile

***Attorneys for Defendant***
***G6 Hospitality LLC***

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| CYNTHIA SYNDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>G6 HOSPITALITY LLC,<br><br>Defendant. | Case No: 5:24-cv-02423-AH-SHK<br><br>**DEFENDANT G6 HOSPITALITY, LLC'S NOTICE OF MOTION AND MOTION TO TRANSFER AND STAY OR ALTERNATIVELY TO DISMISS**<br><br>**Date/Time: April 2, 2025 1:30pm**<br>**Judge: Hon. Anne Hwang**<br><br>Complaint served: January 7, 2025<br>Trial Date: Not Set |

**TO PLAINTIFF AND HER COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on Wednesday, April 2, 2025, at 1:30pm or as soon thereafter as this matter may be heard in Courtroom 7D, 7th Floor of the above-captioned Court located at 350 W. 1st Street, Los Angeles, California 90012, Defendant G6 Hospitality ("Defendant") will move, and hereby does move, for an order compelling Plaintiff Cynthia Synder's ("Plaintiff") to arbitrate her claim pursuant to the Terms of Use to which she agreed and an order transferring this matter to the Northern District of Texas, which has exclusive jurisdiction pursuant to the parties' agreement where the case may be stayed pending arbitration. If the Court finds Plaintiff's claims are not within the scope of the arbitration agreement, Defendant respectfully requests the Court transfer the matter to the Northern District of Texas pursuant to the parties' agreement. In the alternative, Defendant seeks an order dismissing the Complaint against Defendant with prejudice. Defendant brings this Motion pursuant to 9 U.S.C.§ 4 and 28 U.S.C. § 1404(a) or, in the alternative, Federal Rule of Civil Procedure 12(b)(6).

This Motion is based on this Notice, the attached Memorandum of Points and Authorities, all accompanying exhibits and other supporting papers, records, and files in this action, and upon such other oral or documentary evidence or showing as the Court may entertain at the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3. I certify that the parties met by videoconference on February 19, 2025, thoroughly discussed each and every issue raised in the motion and attempted in good faith to resolve the motion in whole or in part.

Dated: February 27, 2025

HUSCH BLACKWELL LLP

By: /s/ Karen Luong

Karen Luong (SBN 246809)
karen.luong@huschblackwell.com

***Attorneys for Defendant G6 Hospitality LLC***

**PROOF OF SERVICE**

*CYNTHIA SYNDER, v.G6 HOSPITALITY LLC*

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 S. Grand Ave., Suite 2850, Los Angeles, CA 90071.

On February 27, 2025, I served true copies of the following document(s) described as **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE OF CIVIL PROCEDURE 12(b)(6)** the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 27, 2025, at Los Angeles, California.

*<u>/s/ Karen Luong</u>*

KAREN LUONG