Karen Luong (SBN 246809)
karen.luong@huschblackwell.com
HUSCH BLACKWELL LLP
355 South Grand, Suite 2850
Los Angeles, CA 90071
213.337.6550 Telephone
213.337.6551 Fax

Dustin L. Taylor (*pro hac vice* forthcoming)
dustin.taylor@huschblackwell.com
HUSCH BLACKWELL LLP
1801 Wewatta Street, Suite 1000
Denver, CO 80202
303.749.7200 Telephone
303.749.7272 Facsimile

***Attorneys for Defendant***
***G6 Hospitality LLC***

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| CYNTHIA SYNDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>G6 HOSPITALITY LLC,<br><br>Defendant. | Case No: 5:24-cv-02423-AH-SHK<br><br>**DECLARATION OF ANURAG PAREEK IN SUPPORT OF DEFENDANT G6 HOSPITALITY, LLC'S MOTION TO TRANSFER AND STAY OR ALTERNATIVELY TO DISMISS**<br><br>**Date/Time: April 2, 2025 1:30pm**<br>**Judge: Hon. Anne Hwang**<br><br>Complaint served: January 7, 2025<br>Trail Date: Not Set |

I, Anurag Pareek, state and declare under penalty of perjury as follows:

1. I am the Vice President and Head of Legal of Oravel Stays Private Limited, dba Oyo Rooms, which is the parent company of Defendant G6 Hospitality LLC.

2. I submit this declaration in support of G6 Hospitality's Motion to Compel Arbitration and Transfer the Case to the Northern District of Texas, or in the alternative Motion to Dismiss. I make the following statements based on my own personal knowledge or my personal review of G6 Hospitality's documents, which are maintained in the ordinary course of G6 Hospitality's business. If called as a witness, I could and would testify competently to these facts and statements.

***Plaintiff Cynthia Snyder created a My6 account***

3. The Motel 6 website allows users to create a My6 account allowing for faster and more flexible bookings.

4. Users must agree to the My6 Terms of Use and Privacy Policy as part of the account creation process as shown in the screenshot below:




5. A user is provided a link to both the Terms of Use and Privacy Policy at this time. These links are in blue text to indicate they are a hyperlink to the respective documents.

6. From my review of the records kept in the ordinary course of business by G6 Hospitality LLC, I have determined that Plaintiff created a My6 account at least as of the time when she booked the reservations identified in the complaint. Specifically, when Ms. Snyder's information is viewed in the Motel 6 records there is an indication that she has joined the "My6 Membership", as highlighted by the red box which I added to this image:




7. Plaintiff therefore also agreed to the My6 Terms of Use and Privacy Policy at least as of this time because doing so was necessary to create a My6

8. I have attached as Exhibit A to this declaration a true and correct copy of the My6 Terms of Use in effect when Plaintiff Cynthia Snyder created her M6 account. As shown therein, these Terms of Use have been in effect since January 4, 2022.

***Plaintiff booked hotel rooms using her account***

9. Ms. Snyder used her account to make at least two room bookings for August 12 and August 13, 2024, at a Motel 6 in Westminster, California. The contact email and phone number for these bookings match the guest entry I mentioned above showing Ms. Snyder joined the My6 Membership.

10. A user must agree to the "rate and room policies of the reservation" when they book a hotel room. Specifically, the booking checkout page requires a user to affirmatively check a box stating "I agree to rate and room policies of this reservation" before they can confirm their booking.

11. The booking checkout page also provides the "rate and room policies" directly beneath the "Confirm Booking" button. The "rate and room policies" include the "Cancellation Policy," "Motel Policy," "Special Rate Notice – Valid ID," "Motel 6 Privacy Policy," "Motel 6 Reservation Policy," "COVID-19" notice, and "Guest Disclosure Notice."

12. As shown in the screenshot below, the booking checkout page provides the "Cancellation Policy," "Motel Policy," and "Special Rate Notice – Valid ID" in their entirety for the guest to review.

☐ I agree to rate and room policies of this reservation. *

**Confirm Booking**

## * Policies

**Cancellation Policy**

By checking the cancellation policy box, you acknowledge that this reservation must be cancelled no later than 6:00 PM local motel time on 03-05-2025 to avoid cancellation fee of $109.99 plus any applicable taxes and fees. Any reservation that is not cancelled by this deadline, or if you fail to check-in to the property by the check-out time on the day following your confirmed arrival, will be subject to this cancellation fee. If you are not able to cancel this reservation by the deadline through our website, please contact the reserved Motel 6 or Central Reservations at 1-800-899-9841 prior to this cancellation deadline for assistance with cancelling your reservation

**Motel Policy**

Onsite Parking Fees apply. 10.00 per vehicle per night. Limited to one vehicle per room.

**Special Rate Notice - Valid ID**

Please note: A valid AARP membership, or Military, Commercial Drivers License, or Government ID# is required at check in.

**Total Cost**

Total cost may not include local or state mandated fees that may be applicable during your stay. At the time of check-in, all guests (whether individual or group reservations) must present valid, government issued identification and may be required to present a valid credit, debit or bank card or debit card that matches the name on the confirmed reservation. If the guest is using a bank card or debit card, the card may be authorized for the amount of the stay plus incidentals, and those funds may not be released for up to 2 weeks depending on individual bank policies. Motel 6/Studio 6 is not responsible for any overdraft fees incurred.

**PLEASE READ: Privacy Policy and Reservation Policy, and California COVID - 19 Notice**

**View the Motel 6 Privacy Policy**

**View Motel 6 Reservation Policy**

**California Travelers - PLEASE READ: COVID-19 Guest Disclosure Notice**

13. The booking checkout page also provides direct links to the "Motel 6 Privacy Policy," "Motel 6 Reservation Policy," "COVID-19" notice, and "Guest Disclosure Notice." These links are in bold and in a larger font than the surrounding text. The website also instructs guests to "PLEASE READ" these documents in bold and capital letters which are also in a larger font than the surrounding text:

14. In addition to agreeing to the Privacy Policy at the time she created an account, Plaintiff Cynthia Snyder therefore agreed to the Privacy Policy at the time of booking each hotel room.

15. The Privacy Policy has been in effect since January 1, 2020, and was last updated on July 1, 2024. Thus, the current version of the Privacy Policy was in effect when Plaintiff Cynthia Snyder accessed the website to book a stay in August 2024.

16. I have attached as Exhibit B is a true and correct copy of the Motel 6 Privacy Policy in effect when Plaintiff made her four hotel room bookings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2/27/2025 day of February 2025.

Signed by:
anurag pareek
4A9761FE8B6B493...
ANURAG PAREEK

## PROOF OF SERVICE

*CYNTHIA SYNDER, v.G6 HOSPITALITY LLC*

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 S. Grand Ave., Suite 2850, Los Angeles, CA 90071.

On February 27, 2025, I served true copies of the following document(s) described as **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE OF CIVIL PROCEDURE 12(b)(6)** the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 27, 2025, at Los Angeles, California.

*/s/ Karen Luong*
KAREN LUONG

DOCID: DOCPROPERTY DOCXDOCID DMS=NetDocuments Format=HB: <<ID>>.<<VER>>