Karen Luong (SBN 246809)
karen.luong@huschblackwell.com
HUSCH BLACKWELL LLP
355 South Grand, Suite 2850
Los Angeles, CA 90071
213.337.6550 Telephone
213.337.6551 Fax

Dustin L. Taylor (admitted *pro hac vice*)
dustin.taylor@huschblackwell.com
HUSCH BLACKWELL LLP
1801 Wewatta Street, Suite 1000
Denver, CO 80202
303.749.7200 Telephone
303.749.7272 Facsimile

***Attorneys for Defendant***
***G6 Hospitality LLC***

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

CYNTHIA SYNDER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

G6 HOSPITALITY LLC,

Defendant.

Case No: 5:24-cv-02423-AH-SHK

**DEFENDANT G6 HOSPITALITY'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Date/Time: July 2, 2025 at 1:30 pm
Courtroom: 7D
Judge: Hon. Anne Hwang

Complaint served: January 7, 2025
Trial Date: Not Set

TO THE COURT, PLAINTIFF, AND HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Wednesday, July 2, 2025, at 1:30 p.m. or as soon thereafter as this matter may be heard in Courtroom 7D, 7th Floor of the above-captioned Court located at 350 W. 1st Street, Los Angeles, California 90012, Dustin L. Taylor and the law firm Husch Blackwell LLP (collectively, "Counsel") will move the Court for an order dismissing Plaintiff's First Amended Complaint with prejudice.

This Motion is filed pursuant to Federal Rule of Civil Procedure 12(b)(6). A memorandum in support of this Motion is attached, including the legal and factual grounds upon which the Motion is made. Any response or opposition to the Motion must be filed with the Court and served on the Court, the movant, and all other parties who have appeared in the action, no later than twenty-one days (21) days before the date designated for the hearing of the motion. Any factual allegations set forth in such written response must be supported by competent and admissible evidence. Any response or opposition not timely filed and served may be deemed by the Court to be consent to the granting of the relief requested by the Motion.

This Motion is based on this Notice, the attached Memorandum of Points and Authorities, and Declaration of Samridh Bhardwaj, all accompanying exhibits and other supporting papers, records, and files in this action, and upon such other oral or documentary evidence or showing as the Court may entertain at the hearing on this Motion.

This Motion is made more than seven days following the May 22, 2025, conference that the moving party had with Plaintiff's counsel pursuant to Local Rule 7-3.

Dated: June 2, 2025

HUSCH BLACKWELL LLP

By: /s/ Dustin L. Taylor

Karen Luong (SBN 246809)
karen.luong@huschblackwell.com
HUSCH BLACKWELL LLP
355 South Grand, Suite 2850
Los Angeles, CA 90071
213.337.6550 Telephone
213.337.6551 Fax

Dustin L. Taylor (admitted *pro hac vice*)
dustin.taylor@huschblackwell.com
HUSCH BLACKWELL LLP
1801 Wewatta Street, Suite 1000
Denver, CO 80202
303.749.7200 Telephone
303.749.7272 Fax

***Attorneys for Defendant G6 Hospitality LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2025, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record.

By: */s/ Dustin L. Taylor*
Dustin L. Taylor