Karen Luong (SBN 246809)
karen.luong@huschblackwell.com
HUSCH BLACKWELL LLP
355 South Grand, Suite 2850
Los Angeles, CA 90071
213.337.6550 Telephone
213.337.6551 Fax

Dustin L. Taylor (Admitted *pro hac vice*)
dustin.taylor@huschblackwell.com
HUSCH BLACKWELL LLP
1801 Wewatta Street, Suite 1000
Denver, CO 80202
303.749.7200 Telephone
303.749.7272 Facsimile

***Attorneys for Defendant***
***G6 Hospitality LLC***

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

CYNTHIA SYNDER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

G6 HOSPITALITY LLC,

Defendant.

Case No: 5:24-cv-02423-AH-SHK

**DECLARATION OF SAMRIDH BHARDWAJ IN SUPPORT OF DEFENDANT G6 HOSPITALITY, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Date/Time: July 2, 2025, at 1:30 p.m.
Ctrm: 7D
Judge: Hon. Anne Hwang

Amended Complaint filed: April 28, 2025
Trail Date: Not Set

I, Samridh Bhardwaj, state and declare under penalty of perjury as follows:

1. I am the Vice President (Legal) of Oravel Stays Private Limited, dba Oyo Rooms, which is the parent company of Defendant G6 Hospitality LLC ("Motel 6").

2. I submit this declaration in support of G6 Hospitality's Motion to Dismiss the First Amended Complaint. I make the following statements based on my own personal knowledge or my personal review of G6 Hospitality's documents, which are maintained in the ordinary course of G6 Hospitality's business. If called as a witness, I could and would testify competently to these facts and statements.

3. I understand Plaintiff alleges she first booked a room through the Motel 6 website some time in 2022.

4. I have attached as Exhibit A to this declaration a true and correct copy of the Privacy Policy available on the Motel 6 website in 2022.

5. I further understand Plaintiff originally alleged she booked a room through the Motel 6 website in August 2024.

6. In addition to these room bookings, Motel 6's records show Ms. Snyder also reserved rooms via the Motel 6 website in March 2023. The contact email and phone number for these bookings match the guest entry associated with Ms. Snyder's My6 account.

| Guest | Status | Arrival | Location | Contact | Rate | Source | Reserved |
|---|---|---|---|---|---|---|---|
| SNYDER, CYNTHIA ARPKSCXYA4 | Cancel | March 20, 2023 | MS9446 Ogden, UT - Riverdale | cynthiasnyder13@gmail.com (951) 288-5725 | MY6DEAL | Website Desktop - Motel6.com | March 20, 2023 |

7. When booking a room through the Motel 6 website, whether in 2022 or in 2024, a user is required to agree to the "rate and room policies of the reservation." Specifically, the booking checkout page requires a user to affirmatively check a box

stating "I agree to rate and room policies of this reservation" before they can confirm their booking.

8. The booking checkout page also provides the "rate and room policies" directly beneath the "Confirm Booking" button. The "rate and room policies" include the "Cancellation Policy," "Motel Policy," "Special Rate Notice – Valid ID," "Motel 6 Privacy Policy," "Motel 6 Reservation Policy," "COVID-19" notice, and "Guest Disclosure Notice."

9. As shown in the screenshot below, which is taken from the current version of the website, the booking checkout page provides the "Cancellation Policy," "Motel Policy," and "Special Rate Notice – Valid ID" in their entirety for the guest to review.

☐ I agree to rate and room policies of this reservation. *

**Confirm Booking**

## * Policies

**Cancellation Policy**

By checking the cancellation policy box, you acknowledge that this reservation must be cancelled no later than 6:00 PM local motel time on 03-05-2025 to avoid cancellation fee of $109.99 plus any applicable taxes and fees. Any reservation that is not cancelled by this deadline, or if you fail to check-in to the property by the check-out time on the day following your confirmed arrival, will be subject to this cancellation fee. If you are not able to cancel this reservation by the deadline through our website, please contact the reserved Motel 6 or Central Reservations at 1-800-899-9841 prior to this cancellation deadline for assistance with cancelling your reservation

**Motel Policy**

Onsite Parking Fees apply. 10.00 per vehicle per night. Limited to one vehicle per room.

**Special Rate Notice - Valid ID**

Please note: A valid AARP membership, or Military, Commercial Drivers License, or Government ID# is required at check in.

**Total Cost**

Total cost may not include local or state mandated fees that may be applicable during your stay. At the time of check-in, all guests (whether individual or group reservations) must present valid, government issued identification and may be required to present a valid credit, debit or bank card or debit card that matches the name on the confirmed reservation. If the guest is using a bank card or debit card, the card may be authorized for the amount of the stay plus incidentals, and those funds may not be released for up to 2 weeks depending on individual bank policies. Motel 6/Studio 6 is not responsible for any overdraft fees incurred.

**PLEASE READ: Privacy Policy and Reservation Policy, and California COVID - 19 Notice** ^

**View the Motel 6 Privacy Policy**

**View Motel 6 Reservation Policy**

**California Travelers - PLEASE READ: COVID-19 Guest Disclosure Notice**

10. The booking checkout page also provides direct links to the "Motel 6 Privacy Policy," "Motel 6 Reservation Policy," "COVID-19" notice, and "Guest Disclosure Notice." These links are in bold and in a larger font than the surrounding text. The website also instructs guests to "PLEASE READ" these documents in bold and capital letters which are also in a larger font than the surrounding text:

11. The Privacy Policy has been in effect since January 1, 2020, and was last updated on July 1, 2024. Thus, the current version of the Privacy Policy was in effect when Plaintiff Cynthia Snyder accessed the website to book a stay in August 2024 or in November 2024, which is the date shown in Figures 1–4 of the First Amended Complaint.

12. I have attached as Exhibit B a true and correct copy of the Motel 6 Privacy Policy in effect since July 1, 2024, including in August 2024 and November 2024, through today.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of June 2025.

Signed by:
Samridh Bhardwaj
SAMRIDH BHARDWAJ

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June 2025, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record.

By: */s/ Dustin L. Taylor*
Dustin L. Taylor